### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

**Criminal Case No.** 13-cr-00487-MSK

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**1.   JUAN LUIS MONJE-GARCIA,**

    **Defendant.**

---

### INDICTMENT
### 8 U.S.C. § 1326(a), (b)(2)
### Illegal Re-entry After Deportation

---

The Grand Jury charges that:

### COUNT 1

On or about November 5, 2013, in the State and District of Colorado, the defendant, JUAN LUIS MONJE-GARCIA, an alien, was found in the United States after having been denied admission, excluded, deported, and removed from the United States on or about July 30, 1998, and without the express consent of proper legal authority to reapply for admission to the United States.  All in violation of Title 8, United States Code, Section 1326(a).

### NOTICE OF ENHANCED PENALTY

The defendant is subject to the enhanced penalty under Title 8, United States Code, Section 1326(b)(2) because his denial of admission, exclusion, deportation and removal was subsequent to a conviction for an aggravated felony offense.

2

                A TRUE BILL:


                <u>Ink signature on file in the Clerk's Office</u>
                FOREPERSON

JOHN WALSH
United States Attorney


By: *s/ Kirsten M. E. Sinclair*
KIRSTEN M. E. SINCLAIR
Special Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0406
E-mail: Kirsten.Sinclair@usdoj.gov
Attorney for the United States